UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

    WOODROW FULLER,
        Debtor.
_____/

Case No. 13-22203-dob
Chapter 13 Proceeding
Hon. Daniel S. Opperman

THOMAS MCDONALD, JR.
STANDING CHAPTER 13 TRUSTEE,
    Plaintiff/Counter-Defendant,

KIMBERLY KRAMER, PLC
KIMBERLY A. KRAMER, JD
REINERT & REINERT
JOSHUA M. REINERT, JD
OSTROM LAW FIRM
GREGORY OSTROM, JD
KLIMMEK LAW FIRM
TADD KLIMMEK, JD
MATTHEW L. FREY, JD
JAMES J. HAYES, IV, PLC
JAMES J. HAYES, IV, JD
MICHAEL J. SHOVAN, PC
MICHAEL J. SHOVAN, JD
LAW OFFICES OF RUSSELL PERRY, JR.,
RUSSELL PERRY, JR., JD
ROBERT SHELTON, PLC
ROBERT SHELTON, JD
JACK A. WEINSTEIN, PC
JACK A. WEINSTEIN, JD
THE NYE LAW OFFICE
TODD H. NYE, JD
COON & ELMY PC
SHANTELE ELMY, JD
THE LAW OFFICE OF PETER J. RIEBSCHLEGER
PETER J. RIEBSCHLEGER, JD
ROBERT P. DENTON AND ASSOCIATES
ROBERT P. DENTON, JD
    Plaintiffs,

v.

FINANCIALEDGE COMMUNITY
CREDIT UNION,
    Defendant/Counter-Plaintiff.
_____/

Adversary Proceeding
Case No. 19-2031-dob

1

OPINION AND ORDER REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTIONS FOR PROTECTIVE ORDERS AND SCHEDULING CONTINUED HEARING AND STATUS CONFERENCE

Plaintiff/Counter-Defendant, Thomas W. McDonald, Jr. ("McDonald"), filed a Motion for Partial Summary Judgment on August 3, 2021 and Defendant/Counter-Plaintiff, FinancialEdge Community Credit Union ("FinancialEdge"), filed a Response on August 26, 2021. The Court heard oral arguments on these pleadings on September 30, 2021 and took the matter under advisement. Subsequently, McDonald, FinancialEdge, and the other parties explored other means to address or resolve the issues in this action. As a result, the parties agreed that various other Motions for Summary Judgment were more appropriate for the Court to consider before ruling on the McDonald Motion for Partial Summary Judgment.

These other Motions have been filed and oral argument is scheduled for March 4, 2022. The possible relief requested in these other Motions could very well moot the McDonald Motion for Partial Summary Judgment.

In the interest of efficiency and judicial economy, the Court sets *Friday, March 4, 2022 at 10:00 a.m.* as the date and time for a continued hearing and status conference for the McDonald Motion for Partial Summary Judgment. The Court does not expect oral argument regarding the McDonald Motion for Partial Summary Judgment, but will consider statements of counsel as to how best to proceed as to the McDonald Motion for Partial Summary Judgment.

Likewise, the Court will conduct a status conference regarding the Motions for Protective Orders filed at Dockets #150, #151, #155, #156, #157, #158, #162, #163, #164, #165, #166, #172, #173, #189, #191, and #219 filed by various Plaintiffs and the Responses to each by FinancialEdge on *Friday, March 4, 2022 at 10:00 a.m. The parties should call (888) 557-8511 and use Access Code: 1287364*.

IT IS SO ORDERED.

**Signed on February 4, 2022**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge